IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
CLERKS AND LUMBER HANDLERS
PENSION FUND,

    Plaintiff,

  v.

PIEDMONT LUMBER AND MILL
COMPANY INC, *et al.*

    Defendants.

No. C 13-03898 WHA

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

In their joint case management statement, the parties identify *Board of Trustees of the Clerks and Lumber Handlers Pension Fund v. Piedmont Lumber & Mill Company, Inc.*, No. C-10-01757 SBA, as a related action. As both actions substantively involve the same parties, this action is hereby referred to Judge Saundra Brown Armstrong to determine whether both actions are related.

**IT IS SO ORDERED.**

Dated: March 25, 2014.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE