IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE CLERKS
AND LUMBER HANDLERS PENSION FUND,

    Plaintiff,

  v.

PIEDMONT LUMBER AND MILL
COMPANY, WILLIAM C. MYER, JR.,
an individual, WENDY M. OLIVER, an
individual, WENDY M. OLIVER, as Trustee
to the Oliver Family Trust, and DOES 1–20,

    Defendants.

No. C 13-03898 WHA

**ORDER SETTING
HEARING RE DISCOVERY
DISPUTE**

In light of plaintiff's letter of March 26, 2014, regarding a discovery dispute, the Court **SETS** a three-hour meet-and-confer in the Court's jury room in the federal courthouse in San Francisco on **TUESDAY, APRIL 8 STARTING AT 8:00 A.M. AND CONTINUING TO 11:00 A.M.** At 11:00 a.m., the Court shall hold a hearing to resolve any remaining issue(s). Defendants' response is due by noon on April 4. Please buzz chambers at 8:00 a.m. on April 8 to be let into the Court's jury room.

Please note that only those lawyers who personally attend the meet-and-confer in the Court's jury room may be heard at the hearing. This is without prejudice to the possibility that Judge Armstrong will relate the cases.

**IT IS SO ORDERED.**

Dated: April 1, 2014.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE