IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE CLERKS
AND LUMBER HANDLERS PENSION FUND,

    Plaintiff,

  v.

PIEDMONT LUMBER AND MILL
COMPANY, WILLIAM C. MYER, JR.,
an individual, WENDY M. OLIVER, an
individual, WENDY M. OLIVER, as Trustee
to the Oliver Family Trust, and DOES 1–20,

    Defendants.

No. C 13-03898 WHA

**ORDER CONFIRMING
DATE FOR HEARING RE
DISCOVERY DISPUTE**

    The Court has run out of patience in trying to work with counsel to find a date for counsel to come to San Francisco. As a result, the Court will go back to its original date of **TUESDAY, APRIL 8**. Counsel shall come to the Court's jury room for a meet-and-confer starting at **11:00 A.M. AND CONTINUING TO 1:30 P.M.** The Court shall hold a hearing at 1:30 p.m.

    **PLEASE DO NOT ASK FOR ANY MORE EXTENSIONS.**

    **IT IS SO ORDERED.**

Dated: April 3, 2014.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE