1

2

3

4               UNITED STATES DISTRICT COURT

5               NORTHERN DISTRICT OF CALIFORNIA

6

7   BOARD OF TRUSTEES OF THE KEN
    LUSBY CLERKS & LUMBER                    Case No.  13-cv-03898-VC
    HANDLERS PENSION FUND,
8
                    Plaintiff,               **ORDER VACATING REFERRAL FOR
9                                            SETTLEMENT**
        v.
10                                           Re: Dkt. No. 59
    PIEDMONT LUMBER & MILL
11  COMPANY, et al.,

12                  Defendants.

13

14          This matter was referred for a settlement conference to be conducted within 90 days from

15  May 13, 2014.  This referral was in error and is therefore VACATED.

16          **IT IS SO ORDERED.**

17  Dated: May 14, 2014

18                                           _____
                                             VINCE CHHABRIA
19                                           United States District Judge

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California