1  Clarissa A. Kang, SBN 210660
   Sean T. Strauss, SBN 245811
2  TRUCKER ✦ HUSS
   A Professional Corporation
3  One Embarcadero Center, 12th Floor
   San Francisco, California 94111
4  Telephone:   (415) 788-3111
   Facsimile:   (415) 421-2017
5  Email:       ckang@truckerhuss.com
                sstrauss@truckerhuss.com
6
   Attorneys for Plaintiff
7  BOARD OF TRUSTEES OF THE
   KEN LUSBY CLERKS & LUMBER
8  HANDLERS PENSION FUND

9
   David R. Johanson (SBN 164141)
10 Cynthia J. Emry (SBN 161763)
   Benjamin A. Tulis (SBN 277359)
11 JACKSON LEWIS PC
   725 South Figueroa Street
12 Los Angeles, California 90017
   Telephone:   (213) 689-0404
13 Facsimile:   (213) 689-0430
   Email:       david.johanson@jacksonlewis.com
14              emryc@jacksonlewis.com
                benjamin.tulis@jacksonlewis.com
15
   Attorneys for Defendants
16 Piedmont Lumber & Mill Company;
   William C. Myer, Jr. and Wendy M. Oliver

17

18                     UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KEN LUSBY CLERKS & LUMBER HANDLERS PENSION FUND,<br><br>                Plaintiff,<br><br>        vs.<br><br>PIEDMONT LUMBER & MILL COMPANY; WILLIAM C. MYER, JR., an individual; WENDY M. OLIVER, an individual; WENDY M. OLIVER, as Trustee to the Oliver Family Trust; and DOES 1-20,<br><br>                Defendants. | Case No.: 3:13-cv-03898-VC<br><br>STIPULATION AND [PROPOSED] ORDER REVISING CASE DEADLINES |

STIPULATION AND [PROPOSED] ORDER REVISING CASE DEADLINES S, Case No. 3:13-cv-03898-VC

#1425386

**STIPULATION**

This Stipulation is made by and between Plaintiff BOARD OF TRUSTEES OF THE KEN LUSBY CLERKS & LUMBER HANDLERS PENSION FUND ("Plaintiff") and Defendants PIEDMONT LUMBER & MILL COMPANY, WILLIAM C. MYER, JR., and WENDY M. OLIVER, both in her individual capacity and as trustee to the Oliver Family Trust (collectively "Defendants"), with respect to the following facts:

WHEREAS, in its Second Amended Case Management Order and Reference to ADR Unit for Early Neutral Evaluation [Dkt. No. 33], the Court specified the following future case deadlines:

| | |
|---|---|
| Last date for disclosure of list of issues on which any party will offer expert testimony in its case-in-chief | June 2, 2014 |
| Non-expert discovery cut-off: | June 30, 2014 |
| Last date for designation of expert testimony and disclosure of full expert reports: | June 30, 2014 |
| Last date for disclosure of expert reports on the same issue (opposition reports) | July 14, 2014 |
| Last date for party with burden of proof to disclose any reply reports rebutting specific material in opposition reports | July 21, 2014 |
| Expert discovery cut-off | August 18, 2014 |
| Last date to file dispositive motions | September 25, 2014 |
| Final pre-trial conference | December 10, 2014 |
| Bench trial | December 15, 2014 |

WHEREAS, the Parties have present disputes regarding responses to various written discovery requests, resolution of which will be more likely achieved if the non-expert discovery deadline is continued for 60 days from the current deadline.

WHEREAS, the availability of third party witnesses has impacted the Parties' ability to complete depositions with sufficient time to provide the Parties an opportunity to propound additional discovery based on the third party's testimony.

1  WHEREAS, to accommodate additional time for the completion of fact discovery, the
2  Parties believe that the other case deadlines occurring after the fact discovery deadline also should
3  be continued.
4  NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFF
5  AND DEFENDANTS AS FOLLOWS:
6  All deadlines contained in the Court's Second Amended Case Management Order and
7  Reference to ADR Unit for Early Neutral Evaluation [Dkt. No. 33], that have not yet passed as of
8  the date of this stipulation, shall be continued by sixty (60) days.

DATED: May 15, 2014

TRUCKER ✦ HUSS

By: /s/Clarissa A. Kang
Clarissa A. Kang
Sean T. Strauss
Attorneys for Plaintiff
BOARD OF TRUSTEES OF THE
KEN LUSBY CLERKS & LUMBER
HANDLERS PENSION FUND

DATED: May 15, 2014

JACKSON LEWIS PC

By: /s/Cynthia J. Emry
David R. Johanson
Cynthia J. Emry
Benjamin A. Tulis
Attorneys for Defendants
PIEDMONT LUMBER & MILL COMPANY;
WILLIAM C. MYER, JR., and
WENDY M. OLIVER

I attest that my firm has obtained Jackson Lewis PC's concurrence in the filing of this document.

DATED:  May 15, 2014

By: /s/Clarissa A. Kang
Clarissa A. Kang

**[PROPOSED] ORDER:**

Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby orders that the Court's Second Amended Case Management Order and Reference to ADR Unit for Early Neutral Evaluation [Dkt. No. 33] be amended so that the following future deadlines will now apply in this case:

| | |
|---|---|
| Last date for disclosure of list of issues on which any party will offer expert testimony in its case-in-chief | August 1, 2014 |
| Non-expert discovery cut-off: | August 29, 2014 |
| Last date for designation of expert testimony and disclosure of full expert reports: | August 29, 2014 |
| Last date for disclosure of expert reports on the same issue (opposition reports) | September 12, 2014 |
| Last date for party with burden of proof to disclose any reply reports rebutting specific material in opposition reports | September 19, 2014 |
| Expert discovery cut-off | October 17, 2014 |
| Last date to file dispositive motions | November 24, 2014 |
| Final pre-trial conference | February 9, 2015 |
| Bench trial | February 16, 2015 |

Dated: May 19, 2014

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE