Clarissa A. Kang, SBN 210660
Sean T. Strauss, SBN 245811
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
Email: ckang@truckerhuss.com
sstrauss@truckerhuss.com

Attorneys for Plaintiff
BOARD OF TRUSTEES OF THE
KEN LUSBY CLERKS & LUMBER
HANDLERS PENSION FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KEN LUSBY CLERKS & LUMBER HANDLERS PENSION FUND,<br><br>Plaintiff,<br><br>vs.<br><br>PIEDMONT LUMBER & MILL COMPANY; WILLIAM C. MYER, JR., an individual; WENDY M. OLIVER, an individual; WENDY M. OLIVER, as Trustee to the Oliver Family Trust; and DOES 1-20,<br><br>Defendants. | Case No.: 3:13-cv-03898-VC<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFF BOARD OF TRUSTEES OF THE KEN LUSBY CLERKS & LUMBER HANDLERS PENSION TRUST FUND'S ADMINISTRATIVE MOTION TO SEAL PURSUANT TO LOCAL RULE 79-5(d)** |

The Administrative Motion of Plaintiff Board of Trustees of the Ken Lusby Clerks & Lumber Handlers Pension Trust Fund to Seal Pursuant to Local Rule 97-5(d) was filed with the Court on June 25, 2014 [Docket No. 68] (the "Administrative Motion"). Good cause appearing and based on the documents filed in connection with the Administrative Motion, the Court herby orders as follows:

1. The un-redacted versions of the parties Joint Brief Regarding Plaintiff Board of Trustees of the Ken Lusby Clerks and Lumber Handlers Pension Fund's Request for an Order Regarding the Interrogatory Responses of Defendant William C. Myer, Jr. (the "Letter Brief"), attached to the Administrative Motion as Attachment 4 and lodged with the Court shall be filed under seal;

2. The redacted version of the Letter Brief, attached to the Administrative Motion as Attachment 3, shall be filed in the public record.

**IT IS SO ORDERED.**

Dated: July 9, 2014

_Jacqueline S. Corley_
The Honorable Jacqueline Scott Corley
United States District Court Magistrate Judge

[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO SEAL PURSUANT TO LOCAL RULE 79-5(d); Case No. 3:13-cv-03898-VC
#1435311

1