✱AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

BOARD OF TRUSTEES OF THE KEN LUSBY
CLERKS & LUMBER HANDLERS PENSION
FUND
      Plaintiff(s),

V.

PIEDMONT LUMBER & MILL COMPANY; WILLIAM C. MYER, JR., an
individual; WENDY M. OLIVER, an individual, et al.
      Defendant(s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:13-cv-03898-VC

Notice is hereby given that, subject to approval by the court, __WENDY M. OLIVER, an individual; WENDY M. OLIVER, as Trustee to the Oliver Family Trust__ substitutes
(Party (s) Name)

__Richard Hill (SBN 083629) and Scott Helsinger (SBN 287178)__, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __David R. Johanson, Cynthia J. Emry, and Benjamin A. Tulis of Jackson Lewis P.C.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name: Law offices of Littler Mendelson, P.C.
 Address: 650 California Street, 20th Floor, San Francisco
 Telephone: (415) 439-6210  Facsimile (415) 399-8490
 E-Mail (Optional): rhill@littler.com / shelsinger@littler.com

I consent to the above substitution.
Date: 7-11-2014

*Wendy Oliver*
*Wendy Oliver*
(Signature of Party (s))

I consent to being substituted.
Date: July 14, 2014

/s/ Cynthia J. Emry
/s/ Benjamin Tulis
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: July 16, 2014

/s/ Scott D. Helsinger
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 18, 2014

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

## ECF ATTESTATION

I, Scott D. Helsinger, am the ECF User whose ID and Password are being used to file this Consent Order Granting Substitution of Attorney. I hereby attest that Cynthia J. Emery and Benjamin A. Tulis concurred in this filing.

Dated: July 16, 2014                    By:     /s/ Scott D. Helsinger
                                                Scott D. Helsinger
                                                Attorney for Defendant
                                                Wendy M. Oliver

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693

ECF ATTESTATION                                    Case No. No. 3:13-cv-03898-CV