1  *Counsel of Record on Following Page*

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KEN LUSBY CLERKS & LUMBER HANDLERS PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>PIEDMONT LUMBER & MILL COMPANY; WILLIAM C. MYER, JR., an individual; WENDY M. OLIVER, an individual; WENDY M. OLIVER, as Trustee to the Oliver Family Trust; and DOES 1-20,<br><br>Defendant. | Case No. 3:13-cv-03898-VC<br><br>**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES AS MODIFIED**<br><br>Second Amended Complaint Filed: 5/16/14<br>Judge: Hon. Vince Chhabria |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIPULATION (NO. 3:13-CV-03898-VC)
FIRMWIDE:127880232.2 078979.1001

| | |
|---|---|
| 1 | RICHARD N. HILL, Bar No. 083629 |
| | rhill@littler.com |
| 2 | SCOTT D. HELSINGER, Bar No. 287178 |
| | shelsinger@littler.com |
| 3 | LITTLER MENDELSON, P.C. |
| | 650 California Street |
| 4 | 20th Floor |
| | San Francisco, California  94108.2693 |
| 5 | Telephone:   415.433.1940 |
| | Facsimile:    415.399.8490 |
| 6 | |
| | Attorneys for Defendant |
| 7 | WENDY M. OLIVER, an individual; and WENDY M. |
| | OLIVER, as Trustee to the Oliver Family Trust |
| 8 | |
| 9 | David R. Johanson, Bar No. 164141 |
| | Cynthia J. Emry, Bar No.161763 |
| 10 | Benjamin A. Tulis, Bar No. 277359 |
| | JACKSON LEWIS P.C |
| 11 | 725 South Figueroa Street, Suite 2500 |
| | Los Angeles, CA  90017-5408 |
| 12 | Telephone:   213.689.0404 |
| | Facsimile:    213.689.0430 |
| 13 | |
| | Attorneys for Defendants |
| 14 | PIEDMONT LUMBER & MILL COMPANY; and |
| | WILLIAM C. MYER, JR. |
| 15 | |
| | Clarissa A. Kang, Bar No. 210660 |
| 16 | Sean T. Strauss, SBN 245811 |
| | TRUCKER & HUSS |
| 17 | A Professional Corporation |
| | One Embarcadero Center, 12th Floor |
| 18 | San Francisco, CA  94111 |
| | Telephone:   415.788.3111 |
| 19 | Facsimile:    415.421.2017 |
| 20 | Attorneys for Plaintiff |
| | BOARD OF TRUSTEES OF THE KEN LUSBY |
| 21 | CLERKS & LUMBER HANDLERS PENSION |
| | FUND |

JOINT STIPULATION (NO. 3:13-CV-03898-VC)

## **STIPULATION**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Board of Trustees of the Ken Lusby Clerks & Lumber Handlers Pension Fund ("Plaintiff") and Defendants Piedmont Lumber & Mill Company, William C. Myer, Jr. and Wendy M. Oliver, as an individual and as the Trustee to the Oliver Family Trust, (collectively, "Defendants"), by and through their undersigned attorneys of record, make the following stipulated request to extend all pre-trial deadlines by 45 days and to continue the trial date and pre-trial conference as determined by the court for the reasons set forth below :

WHEREAS, on May 19, 2014, the Court issued a Stipulation and Order Revising Case Deadlines and set the trial date for February 17, 2015 and the non-expert discovery cut-off for August 29, 2014;

WHEREAS, Jackson Lewis has recently filed a motion to withdraw as counsel of record for Defendants Piedmont Lumber & Mill Company and William C. Myer, Jr. based on non-payment of fees;

WHEREAS, during the first week of July 2014, Wendy M. Oliver obtained new counsel to represent her interests, as an individual and as Trustee of the Oliver Family Trust;

WHEREAS, Richard N. Hill and Scott D. Helsinger of Littler Mendelson, P.C. now represent Defendant Wendy M. Oliver;

WHEREAS, the Parties have recently begun settlement discussions in an effort to resolve this matter;

WHEREAS, the Parties believe that the time and expense of deposing Wendy M. Oliver, William C. Myer, Jr., the person most knowledgeable for Piedmont Lumber & Mill Company, and other noticed depositions can possibly be avoided, by delaying such depositions, pending completion of settlement discussions.

WHEREAS, the Parties believe that postponing such depositions and other discovery until after the Parties have completed settlement negotiations will facilitate prompt and effective settlement discussions;

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

JOINT STIPLATION (NO. 3:13-CV-03898-VC)    1

WHEREAS, the Parties do not seek a continuance of the deadlines set by the Court's Order Re: Plaintiff's Motions To Compel Supplemental Interrogatory Responses, signed on July 3, 2014; and

WHEREAS, the Parties agree that settlement of the matter will be more likely achieved if the discovery deadlines are continued for 45 days from the current deadlines, and the trial date and pre-trial conference are rescheduled accordingly.

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFF AND DEFENDANTS AS FOLLOWS:

All deadlines contained in the Court's Stipulation and Order Revising Case Deadlines [Dkt. No. 64], that have not yet passed as of the date of this stipulation, shall be continued by forty-five (45) days and the trial date and pre-trial conference date shall be continued as the court's calendar permits.

Dated: July 16, 2014   /s/ Scott D. Helsinger
Richard N. Hill
Scott D. Helsinger
LITTLER MENDELSON, P.C.
Attorneys for Defendant WENDY M. OLIVER

Dated: July 16, 2014   /s/ Cynthia J. Emry
David R. Johanson
Cynthia J. Emry
Benjamin A. Tulis
JACKSON LEWIS P.C
Attorneys for Defendants
PIEDMONT LUMBER & MILL COMPANY
and WILLIAM C. MYER, JR.

Dated: July 16, 2014   /s/ Sean T. Strauss
Clarissa A. Kang
Sean T. Strauss
TRUCKER & HUSS
Attorneys for Plaintiff
BOARD OF TRUSTEES OF THE KEN LUSBY CLERKS & LUMBER HANDLERS PENSION FUND

///

///

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

JOINT STIPLATION (NO. 3:13-CV-03898-VC)   2

1  I attest that my firm has obtained Trucker & Huss' and Jackson Lewis' concurrence in the filing of this document.

Dated: July 16, 2014

/s/ Scott D. Helsinger
Scott D. Helsinger
LITTLER MENDELSON, P.C.
Attorneys for Defendant WENDY M. OLIVER

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

JOINT STIPLATION (NO. 3:13-CV-03898-VC)   3

# [PROPOSED] ORDER

Pursuant to the foregoing Stipulation, and good cause appearing therefor, the Court hereby orders that the Court's Stipulation and Order Revising Case Deadlines [Dkt. No. 64], be amended so that the following future deadlines will now apply in this case:

| | |
|---|---|
| Last date for disclosure of list of issues on which any party will offer expert testimony in its case-in-chief | September 15, 2014 |
| Non-expert discovery cut-off: | October 13, 2014 |
| Last date for designation of expert testimony and disclosure of full expert reports: | October 13, 2014 |
| Last date for disclosure of expert reports on the same issue (opposition reports) | October 27, 2014 |
| Last date for party with burden of proof to disclose any reply reports rebutting specific material in opposition reports | November 3, 2014 |
| Expert discovery cut-off | December 1, 2014 |
| Last date to file dispositive motions | January 8, 2015 |
| Final pre-trial conference | March 24, 2015, at 1:00 p.m. |
| Bench trial | April 6, 2015, at 8:30 a.m. |

IT IS SO ORDERED.

Date: July 18, 2014

HONORABLE VINCE CHHABRIA

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIPLATION (NO. 3:13-CV-03898-VC)    4