*Counsel of Record on Following Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KEN LUSBY CLERKS & LUMBER HANDLERS PENSION FUND,<br><br>Plaintiff,<br><br>vs.<br><br>PIEDMONT LUMBER & MILL COMPANY; WILLIAM C. MYER, JR., an individual; WENDY M. OLIVER, an individual; WENDY M. OLIVER, as Trustee to the Oliver Family Trust; and DOES 1-20,<br><br>Defendants. | Case No.: 3:13-cv-03898-VC<br><br>**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES**<br><br>Second Amended Complaint Filed: 5/16/14<br>Judge: Hon. Vince Chhabria |

JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES; Case No. 3:13-cv-03898-VC
#1445741

1

Trucker ♦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

RICHARD N. HILL, Bar No. 083629
rhill@littler.com
SCOTT D. HELSINGER, Bar No. 287178
shelsinger@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California  94108.2693
Telephone:     415.433.1940
Facsimile:     415.399.8490

Attorneys for Defendant
WENDY M. OLIVER, an individual; and WENDY M. OLIVER, as Trustee to the Oliver Family Trust


David R. Johanson, Bar No. 164141
Cythia J. Emry, Bar No.161763
Benjamin A. Tulis, Bar No. 277359
JACKSON LEWIS P.C
725 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5408
Telephone:     213.689.0404
Facsimile:     213.689.0430

Attorneys for Defendants
PIEDMONT LUMBER & MILL COMPANY; and
WILLIAM C. MYER, JR.


Clarissa A. Kang, Bar No. 210660
Sean T. Strauss, SBN 245811
TRUCKER & HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA  94111
Telephone:     415.788.3111
Facsimile:     415.421.2017

Attorneys for Plaintiff
BOARD OF TRUSTEES OF THE KEN LUSBY CLERKS & LUMBER HANDLERS PENSION FUND

JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES; Case No. 3:13-cv-03898-VC
#1445741

2

**STIPULATION**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Board of Trustees of the Ken Lusby Clerks & Lumber Handlers Pension Fund ("Plaintiff") and Defendants Piedmont Lumber & Mill Company, William C. Myer, Jr. and Wendy M. Oliver, as an individual and as the Trustee to the Oliver Family Trust, (collectively, "Defendants"), by and through their undersigned attorneys of record, make the following stipulated request to extend all pre-trial deadlines by 60 days and to continue the trial date and pre-trial conference as determined by the court for the reasons set forth below:

WHEREAS, on July 18, 2014, the Court granted the parties' Stipulation Revising Case Deadlines and set the trial date for April 6, 2015 and the non-expert discovery cut-off for October 13, 2014;

WHEREAS, the Parties have recently begun settlement discussions in an effort to resolve this matter;

WHEREAS, due to the unavailability of the Parties' selected mediator, the Parties have been unable to schedule mediation until September 3, 2014;

WHEREAS, under the present schedule, the last day to hand serve written discovery is September 10, 2014, just one week after the scheduled mediation;

WHEREAS, in the event the scheduled mediation does not resolve this case, Plaintiff asserts that it will be necessary to complete at least four depositions prior to the deadline for service of written discovery, including the depositions of non-party Carlos Elizondo, and Defendants Wendy M. Oliver, William C. Myer, Jr., and Piedmont Lumber & Mill Company;

WHEREAS, Parties agree that settlement of the matter will be more likely achieved if the discovery deadlines are continued for 60 days from the current deadlines, and the trial date and pre-trial conference are rescheduled accordingly.

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFF AND DEFENDANTS AS FOLLOWS:

JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES; Case No. 3:13-cv-03898-VC
#1445741

3

Trucker ♦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

All deadlines contained in the Court's Stipulation and Order Revising Case Deadlines [Dkt. No. 78], that have not yet passed as of the date of this stipulation, shall be continued by sixty (60) days and the trial date and pre-trial conference date shall be continued as the court's calendar permits.

Dated: August 8, 2014   /s/ Richard N. Hill
Richard N. Hill
Scott D. Helsinger
LITTLER MENDELSON, P.C.
Attorneys for Defendant WENDY M. OLIVER

Dated: August 8, 2014   /s/ David R. Johanson
David R. Johanson
Cynthia J. Emry
Benjamin A. Tulis
JACKSON LEWIS P.C
Attorneys for Defendants
PIEDMONT LUMBER & MILL COMPANY
and WILLIAM C. MYER, JR.

Dated: August 8, 2014   /s/ Sean T. Strauss
Clarissa A. Kang
Sean T. Strauss
TRUCKER HUSS
Attorneys for Plaintiff
BOARD OF TRUSTEES OF THE KEN
LUSBY CLERKS & LUMBER HANDLERS
PENSION FUND

I attest that my firm has obtained Littler Mendelson's and Jackson Lewis' concurrence in the filing of this document.

Dated: August 8, 2014

/s/ Sean T. Strauss
Sean T. Strauss
TRUCKER HUSS
Attorneys for Plaintiff
BOARD OF TRUSTEES OF THE KEN LUSBY CLERKS & LUMBER HANDLERS PENSION FUND

# [PROPOSED] ORDER

Pursuant to the foregoing Stipulation, and good cause appearing therefor, the Court hereby orders that the Court's Stipulation and Order Revising Case Deadlines [Dkt. No. 78], be amended so that the following future deadlines will now apply in this case:

| Deadline | Date |
|---|---|
| Last date for disclosure of list of issues on which any party will offer expert testimony in its case-in-chief | November 14, 2014 |
| Non-expert discovery cut-off: | December 12, 2014 |
| Last date for designation of expert testimony and disclosure of full expert reports: | December 12, 2014 |
| Last date for disclosure of expert reports on the same issue (opposition reports) | December 26, 2014 |
| Last date for party with burden of proof to disclose any reply reports rebutting specific material in opposition reports | January 2, 2015 |
| Expert discovery cut-off | January 30, 2015 |
| Last date to file dispositive motions | March 9, 2015 |
| Final pre-trial conference | TBD |
| Bench trial | TBD |

IT IS SO ORDERED.

Date: August 13, 2014



HON. _____

Judge Vince Chhabria

JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES; Case No. 3:13-cv-03898-VC
#1445741

5