UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE KEN LUSBY CLERKS & LUMBER HANDLERS PENSION FUND,

      Plaintiff,

  v.

PIEDMONT LUMBER & MILL COMPANY, et al.,

      Defendants.

Case No. 13-cv-03898-VC

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**
Re: Dkt. No. 73

The unopposed motion to withdraw as counsel (Docket No. 73) is granted. Piedmont Lumber & Mill Co. has thirty days to find new counsel, who must file a notice of appearance with the Court within that time period. William C. Myer, Jr. has thirty days to either file a notice stating that he intends to proceed pro se and the address at which he can be served or hire new counsel, who must file a notice of appearance.

Counsel for represented parties, as well as any parties proceeding pro se, are directed to appear for a case management conference on September 23, 2014 at 10:00 a.m.

Jackson Lewis P.C. is directed to serve a copy of this order on Piedmont Lumber & Mill Co. as well as William C. Myer, Jr.

**IT IS SO ORDERED.**

Dated: August 13, 2014

VINCE CHHABRIA
United States District Judge