*Counsel of Record on Following Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KEN LUSBY CLERKS & LUMBER HANDLERS PENSION FUND,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PIEDMONT LUMBER & MILL COMPANY; WILLIAM C. MYER, JR., an individual; WENDY M. OLIVER, an individual; WENDY M. OLIVER, as Trustee to the Oliver Family Trust; and DOES 1-20,<br><br>　　　　　Defendant. | Case No. 3:13-cv-03898-VC<br><br>**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES**<br><br>Second Amended Complaint Filed: 5/16/14<br>Judge: Hon. Vince Chhabria |

1

2  RICHARD N. HILL, Bar No. 083629
   rhill@littler.com
3  SCOTT D. HELSINGER, Bar No. 287178
   shelsinger@littler.com
4  LITTLER MENDELSON, P.C.
   650 California Street
5  20th Floor
   San Francisco, California  94108.2693
6  Telephone:    415.433.1940
   Facsimile:    415.399.8490
7
   Attorneys for Defendant
8  WENDY M. OLIVER, an individual; and WENDY M.
   OLIVER, as Trustee to the Oliver Family Trust
9

10 WILLIAM C. MYER, JR.
   11772 Moon Shadow Ct.
11 Truckee, CA  96161-2918

12 Pro se litigant

13 Clarissa A. Kang, Bar No. 210660
   Sean T. Strauss, SBN 245811
14 TRUCKER & HUSS
   A Professional Corporation
15 One Embarcadero Center, 12th Floor
   San Francisco, CA  94111
16 Telephone:    415.788.3111
   Facsimile:    415.421.2017
17
   Attorneys for Plaintiff
18 BOARD OF TRUSTEES OF THE KEN LUSBY
   CLERKS & LUMBER HANDLERS PENSION
19 FUND

20

21

22

23

24

25

26

27

28

JOINT STIPULATION; Case No. 3:13-cv-03898-VC

#1461622

# **STIPULATION**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Board of Trustees of the Ken Lusby Clerks & Lumber Handlers Pension Fund ("Plaintiff") and Defendants William C. Myer, Jr. and Wendy M. Oliver, as an individual and as the Trustee to the Oliver Family Trust, (collectively, "Defendants"), by and through their undersigned attorneys of record, make the following stipulated request to extend all pre-trial deadlines by 60 days and to continue the trial date and pre-trial conference as determined by the court for the reasons set forth below:

WHEREAS, on August 13, 2014, the Court granted the parties' Stipulation Revising Case Deadlines and set the non-expert discovery cut-off for December 12, 2014;

WHEREAS, on October 6, 2014, defendant Piedmont Lumber & Mill Company filed a peition for relief under Chapter 7 of the United States Bankruptcy Code in the Eastern District of California, Case Number 14-29972;

WHEREAS, on October 6, 2014 defendant Piedmont Lumber & Mill Company filed a Notice of Bankruptcy Stay Pursuant to 11 U.S.C. § 362 in this matter;

WHEREAS, Defendants assert that the automatic bankruptcy stay pursuant to 11 U.S.C. § 362 stays this entire case because any attempt by the Board to establish the liability of Myer, Oliver, or the Oliver Family Trust in this matter necessarily requires establishing the liability of Piedmont;

WHEREAS, although Plaintiff disagrees with Defendants' assertion that this entire case is stayed by virtue of Piedmont's bankruptcy filing, it nonetheless plans to petition the bankruptcy court for relief from the automatic stay;

WHEREAS, to provide Plaintiff with the time necessary to obtain relief from stay and complete remaining discovery in this case, the parties agree that all discovery deadlines should be continued for 60 days from the current deadlines;

/ / /

/ / /

/ / /

/ / /

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFF AND DEFENDANTS AS FOLLOWS:

All deadlines contained in the Joint Stipulated Request and Order to Continue Trial Date and Pre-Trial Deadlines [Dkt. No. 80] that have not yet passed as of the date of this stipulation shall be continued by sixty (60) days.

Dated: October 16, 2014  /s/ Scott D. Helsinger
Richard N. Hill
Scott D. Helsinger
LITTLER MENDELSON, P.C.

WENDY M. OLIVER, an individual; and
WENDY M. OLIVER, as Trustee to the Oliver Family Trust

Dated: October 16, 2014  /s/ William C. Myer, Jr.
WILLIAM C. MYER, JR.
11772 Moon Shadow Ct.
Truckee, CA 96161-2918

Pro se litigant

Dated: October 16, 2014  /s/ Sean T. Strauss
Clarissa A. Kang
Sean T. Strauss
TRUCKER HUSS
Attorneys for Plaintiff
BOARD OF TRUSTEES OF THE KEN LUSBY CLERKS & LUMBER HANDLERS PENSION FUND

I attest that my firm has obtained Littler Mendelson's and William C. Myer, Jr.'s concurrence in the filing of this document.

Dated: October 16, 2014

/s/ Sean T. Strauss
Sean T. Strauss
TRUCKER HUSS
Attorneys for Plaintiff
BOARD OF TRUSTEES OF THE KEN LUSBY CLERKS & LUMBER HANDLERS PENSION FUND

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing therefor, the Court hereby orders that the Joint Stipulated Request and Order to Continue Trial Date and Pre-Trial Deadlines [Dkt. No. 80], be amended so that the following future deadlines will now apply in this case:

Last date for disclosure of list of issues on which any party will offer expert testimony in its case-in-chief .......................................................................January 14, 2015

Non-expert discovery cut-off: .............................................February 10, 2015

Last date for designation of expert testimony and disclosure of full expert reports: ....................................February 10, 2015

Last date for disclosure of expert reports on the same issue (opposition reports) .....................................February 24, 2015

Last date for party with burden of proof to disclose any reply reports rebutting specific material in opposition reports..................................................March 3, 2015

Expert discovery cut-off ......................................................March 31, 2015

Last date to file dispositive motions....................................May 7, 2015

Final pre-trial conference ....................................................TBD

Bench trial ...........................................................................TBD

IT IS SO ORDERED.

Date: October 21, 2014

_____
HON. [signature] A



IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria

# CERTIFICATE OF SERVICE

I, Michael V. Bresso, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within action. I am employed in the City and County of San Francisco, California. My business address is One Embarcadero Center, 12th Floor, San Francisco, California 94111. On the date indicated below, I served the within:

**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES**

to the addressee(s) and in the manner indicated below:

>  Mr. William C. Myer
>  11772 Moon Shadow Ct.
>  Truckee, CA  96161-2918

 **BY MAIL**:  I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Certificate of Service was executed by me on October 16, 2014, at San Francisco, California.

>                     /s/Michael V. Bresso
>                          Michael V. Bresso