Clarissa A. Kang, SBN 210660
Sean T. Strauss, SBN 245811
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California  94111
Telephone:   (415) 788-3111
Facsimile:   (415) 421-2017
Email:   ckang@truckerhuss.com
         sstrauss@truckerhuss.com

Attorneys for Plaintiff
BOARD OF TRUSTEES OF THE
KEN LUSBY CLERKS & LUMBER
HANDLERS PENSION FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KEN LUSBY CLERKS & LUMBER HANDLERS PENSION FUND,<br><br>Plaintiff,<br><br>vs.<br><br>PIEDMONT LUMBER & MILL COMPANY; WILLIAM C. MYER, JR., an individual; WENDY M. OLIVER, an individual; WENDY M. OLIVER, as Trustee to the Oliver Family Trust; and DOES 1-20,<br><br>Defendants. | Case No.: 3:13-cv-03898-HSG<br><br>**ORDER REGARDING PLAINTIFF BOARD OF TRUSTEES OF THE KEN LUSBY CLERKS & LUMBER HANDLERS PENSION TRUST FUND'S ADMINISTRATIVE MOTION TO SEAL PURSUANT TO LOCAL RULE 79-5(d)** |

[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO SEAL PURSUANT TO LOCAL RULE 79-5(d);
Case No. 3:13-cv-03898-HSG
149819.v1

1    The Administrative Motion of Plaintiff Board of Trustees of the Ken Lusby Clerks & Lumber Handlers Pension Trust Fund (the "Board") to Seal Pursuant to Local Rule 79-5(d) was filed with the Court on April 7, 2015 [Docket No. 99] (the "Administrative Motion").  Good cause appearing and based on the documents filed in connection with the Administrative Motion, the Court herby orders as follows:

   1.    The Board and defendants Wendy M. Oliver have demonstrated good cause for the sealing of portions of the February 10, 2015 Expert Report of Lawrence B. Wood, CPA, CFP and the Court accordingly grants the Administrative Motion.

   2.    In connection with its anticipated motion for summary judgment, the Board may publicly file the redacted version of the February 10, 2015 Expert Report of Lawrence B. Wood, CPA, CFP which was attached as Exhibit B to the Declaration of Sean T. Strauss filed in connection with the Administrative Motion.

   3.    In connection with its anticipated motion for summary judgment, the Board may publicly file the redacted version of the February 10, 2015 Expert Report of Lawrence B. Wood, CPA, CFP at any time prior to May 7, 2015.

   **IT IS SO ORDERED.**

Dated: April 8, 2015         _____
                             The Honorable Haywood S. Gilliam Jr.
                             United States District Court Judge