| | |
|---|---|
| 1 | RICHARD N. HILL, Bar No. 083629 |
| | rhill@littler.com |
| 2 | SCOTT D. HELSINGER, Bar No. 287178 |
| | shelsinger@littler.com |
| 3 | LITTLER MENDELSON, P.C. |
| | 650 California Street |
| 4 | 20th Floor |
| | San Francisco, California  94108.2693 |
| 5 | Telephone:    415.433.1940 |
| | Facsimile:     415.399.8490 |
| 6 | |
| | Attorneys for Defendant |
| 7 | WENDY M. OLIVER, an individual; and |
| | WENDY M. OLIVER, as Trustee to the |
| 8 | Oliver Family Trust |
| 9 | Clarissa A. Kang, Bar No. 210660 |
| | Sean T. Strauss, SBN 245811 |
| 10 | TRUCKER & HUSS |
| | A Professional Corporation |
| 11 | One Embarcadero Center, 12th Floor |
| | San Francisco, CA  94111 |
| 12 | Telephone:    415.788.3111 |
| | Facsimile:     415.421.2017 |
| 13 | |
| | Attorneys for Plaintiff |
| 14 | BOARD OF TRUSTEES OF THE KEN |
| | LUSBY CLERKS & LUMBER |
| 15 | HANDLERS PENSION FUND |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KEN LUSBY CLERKS & LUMBER HANDLERS PENSION FUND, | Case No.  3:13-cv-03898-HSG |
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME TO FILE BRIEFING IN RESPONSE TO MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| PIEDMONT LUMBER & MILL COMPANY; WILLIAM C. MYER, JR., an individual; WENDY M. OLIVER, an individual; WENDY M. OLIVER, as Trustee to the Oliver Family Trust; and DOES 1-20, | Second Amended Complaint Filed:  5/16/14<br>Judge:       Hon Haywood S. Gilliam, Jr. |
| Defendants. | |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

JOINT STIP. TO EXTEND TIME TO FILE BRIEFING IN RESPONSE TO MSJ

Case No.: 3:13-cv-03898-HSG

## **STIPULATION**

Pursuant to Local Rules 6-1(b) and 6-2(a), Plaintiff BOARD OF TRUSTEES OF THE KEN LUSBY CLERKS & LUMBER HANDLERS PENSION FUND ("Plaintiff") and Defendant WENDY M. OLIVER, an individual; WENDY M. OLIVER, as Trustee to the Oliver Family Trust ("Defendant"), by and through their respective counsel, do hereby stipulate and agree to an extension of the deadline for Defendant to file its Opposition to Plaintiff's Motion for Summary Judgment.

Plaintiff filed their Motion for Summary Judgment on April 15, 2015. The hearing is presently scheduled to occur on July 2, 2015.

Due to the professional and personal obligations of Defendant Oliver's counsel, Defendant would be unable to effectively respond to Plaintiff's motion for summary judgment, including 79 exhibits, on April 29, 2015. No previous modifications have been made to this briefing schedule and the parties do not intend to change the July 2, 2015 hearing date.

Plaintiff and Defendant Oliver agree and stipulate that the deadline for Defendant Oliver's opposition to the Motion for Summary Judgment filed on April 15, 2015 [Dkt. 101] will be due May 20, 2015 and Plaintiff's reply to the opposition will be due June 17, 2015

Dated: April 21, 2015      /s/ Scott D. Helsinger
Richard N. Hill
Scott D. Helsinger
LITTLER MENDELSON, P.C.
Attorneys for Defendant WENDY M. OLIVER

Dated: April 21, 2015      /s/ Sean T. Strauss
Clarissa A. Kang
Sean T. Strauss
TRUCKER & HUSS
Attorneys for Plaintiff
BOARD OF TRUSTEES OF THE KEN LUSBY CLERKS & LUMBER HANDLERS PENSION FUND

///

///

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIP. TO EXTEND TIME TO FILE
BRIEFING IN RESPONSE TO MSJ

Case No.: 3:13-cv-03898-HSG

I attest that my firm has obtained Trucker & Huss' concurrence in the filing of this document.

Dated: April 21, 2015

                                                /s/ Scott D. Helsinger
                                                Scott D. Helsinger
                                                LITTLER MENDELSON, P.C.
                                                Attorneys for Defendant WENDY M. OLIVER

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIP. TO EXTEND TIME TO FILE BRIEFING IN RESPONSE TO MSJ    2.    Case No.: 3:13-cv-03898-HSG

## **ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing therefor, the Court hereby orders that the briefing schedule on the motion for summary judgment [Dkt. 101], be amended so that the following future deadlines will now apply in this case:

Last date to file Opposition to Motion for Summary Judgment............May 20, 2015

Last date to file Reply to Motion for Summary Judgment....................June 17, 2015

IT IS SO ORDERED.

_____
JUDGE HAYWOOD S. GILLIAM, JR.

Firmwide:132960624.3 078979.1001

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIP. TO EXTEND TIME TO FILE BRIEFING IN RESPONSE TO MSJ    3.    Case No.: 3:13-cv-03898-HSG