# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KEN LUSBY CLERKS & LUMBER HANDLERS PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>PIEDMONT LUMBER & MILL COMPANY, et al.,<br><br>Defendants. | Case No. 13-cv-03898-HSG<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 125 |

Judgment is hereby entered consistent with the Court's Order Granting Plaintiff's Motion for Summary Judgment,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 16th day of September, 2015.

Susan Y. Soong
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.