Clarissa A. Kang, SBN 210660
Sean T. Strauss, SBN 245811
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111
Telephone:    (415) 788-3111
Facsimile:    (415) 421-2017

Attorneys for Plaintiff
BOARD OF TRUSTEES OF THE
KEN LUSBY CLERKS & LUMBER
HANDLERS PENSION FUND


Richard N. Hill, SBN 083629
Aleksandr Katsnelson, SBN 299309
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, California 94108
Telephone:    (415) 439-6210
Facsimile:    (415) 399-8490

Attorneys for Defendant
WENDY M. OLIVER, an individual;
and WENDY M. OLIVER, as
Trustee to the Oliver Family Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KEN LUSBY CLERKS & LUMBER HANDLERS PENSION FUND,<br><br>Plaintiff,<br><br>vs.<br><br>PIEDMONT LUMBER & MILL COMPANY; WILLIAM C. MYER, JR., an individual; WENDY M. OLIVER, an individual; WENDY M. OLIVER, as Trustee to the Oliver Family Trust; and DOES 1-20,<br><br>Defendants. | Case No.: 3:13-cv-03898- HSG<br><br>**NOTICE OF BANKRUPTCY STAY; STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR REIMBURSEMENT OF ITS REASONABLE ATTORNEY'S FEES AND COSTS** |

WHEREAS, on September 17, 2015, Defendant William C. Myer, Jr. ("Myer") filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code.  A true and correct copy of Myer's bankruptcy petition is attached hereto as Exhibit A;

WHEREAS, as a result of the filing of Myer's bankruptcy petition, this case is stayed as to Myer pending further order of the Bankruptcy Court;

WHEREAS, pursuant to 11 U.S.C. § 362, Plaintiff Board of Trustees of the Ken Lusby Clerks & Lumber Handlers Pension Trust Fund (the "Board") is prohibited from filing its Motion for Reimbursement of its Reasonable Attorney's Fees and Costs against Myer until after obtaining an order from the Bankruptcy Court lifting the automatic stay;

WHEREAS, the Court has set a deadline of October 7, 2015 as the last day for the Board to submit its Motion for Reimbursement of its Reasonable Attorney's Fees and Costs;

WHEREAS, in the interests of judicial economy, counsel are in favor of delaying the October 7, 2015 deadline to provide the Board with sufficient time to obtain relief from the automatic stay, so that it is able to file a single Motion for Reimbursement of its Reasonable Attorney's Fees and Costs as against all Defendants, rather than separate motions as to various Defendants;

**IT IS THEREFORE STIPULATED AND AGREED**, by the Board and Defendant Wendy M. Oliver, by and through their respective counsel, that the Court is respectfully requested to order that:

1. The Board's deadline for submission of its Motion for Reimbursement of its Reasonable Attorney's Fees and Costs be extended by six weeks, to November 18, 2015.

DATED: September 24, 2015

                TRUCKER ✦ HUSS

              By:  /s/ Sean T. Strauss
                Clarissa A. Kang
                Sean T. Strauss
                Attorneys for Plaintiff
                BOARD OF TRUSTEES OF THE
                KEN LUSBY CLERKS & LUMBER
                HANDLERS PENSION FUND

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

DATED: September 24, 2015

          LITTLER MENDELSON, P.C.

By:   /s/ Richard N. Hill
      Richard N. Hill
      Aleksandr Katsnelson
      Attorneys for Defendant
      WENDY M. OLIVER, an individual; and
      WENDY M. OLIVER, as Trustee to the Oliver Family Trust

I attest that I have obtained the concurrence of Littler Mendelson PC in the filing of this document.

DATED: September 24, 2015

          TRUCKER ✦ HUSS

By:   /s/ Sean T. Strauss
      Clarissa A. Kang
      Sean T. Strauss
      Attorneys for Plaintiff
      BOARD OF TRUSTEES OF THE
      KEN LUSBY CLERKS & LUMBER
      HANDLERS PENSION FUND

2

**ORDER**

Pursuant to the foregoing stipulation and request, IT IS HEREBY ORDERED:

Plaintiff Board of Trustees of the Ken Lusby Clerks & Lumber Handlers Pension Trust Fund's Motion for Reimbursement of its Reasonable Attorney's Fees and Costs shall be filed on or before November 18, 2015.

Dated: September 29, 2015

*/s/ Haywood S. Gilliam, Jr.*
HON. HAYWOOD S. GILLIAM, JR.
Judge, United States District Court
Northern District of California

3