Clarissa A. Kang, SBN 210660
Sean T. Strauss, SBN 245811
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111
Telephone:   (415) 788-3111
Facsimile:   (415) 421-2017

Attorneys for Plaintiff
BOARD OF TRUSTEES OF THE
KEN LUSBY CLERKS & LUMBER
HANDLERS PENSION FUND

Richard N. Hill, SBN 083629
Aleksandr Katsnelson, SBN 299309
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, California 94108
Telephone:   (415) 439-6210
Facsimile:   (415) 399-8490

Attorneys for Defendant
WENDY M. OLIVER, an individual;
and WENDY M. OLIVER, as
Trustee to the Oliver Family Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KEN LUSBY CLERKS & LUMBER HANDLERS PENSION FUND,<br><br>Plaintiff,<br><br>vs.<br><br>PIEDMONT LUMBER & MILL COMPANY; WILLIAM C. MYER, JR., an individual; WENDY M. OLIVER, an individual; WENDY M. OLIVER, as Trustee to the Oliver Family Trust; and DOES 1-20,<br><br>Defendants. | Case No.: 3:13-cv-03898- HSG<br><br>**STIPULATION AND ORDER EXTENDING DEADLINES FOR FILING OF RESPONSIVE PAPERS ON DEFENDANT'S MOTION TO STAY EXECUTION OF JUDGMENT WITHOUT BOND** |

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR FILING OF RESPONSIVE PAPERS ON DEFENDANT'S MOTION TO STAY EXECUTION OF JUDGMENT WITHOUT BOND, Case No. 3:13-cv-03898-HSG
153654.v1

WHEREAS, on September 16, 2015, the Court granted Plaintiff Board of Trustees of the Ken Lusby Clerks & Lumber Handlers Pension Trust Fund's (the "Board") Motion for Summary Judgment, entering a judgment against Defendants that included (1) the withdrawal assessment of $1,660,266; (2) prejudgment interest of $545.84 per day beginning from January 28, 2011 and ending on the date of final judgment; (3) liquidated damages in an amount equal to the amount payable as prejudgment interest; and (4) reasonable attorneys' fees and costs (the "Judgment");

WHEREAS, on September 22, 2015, Defendant Wendy M. Oliver, as an individual and as Trustee to the Oliver Family Trust ("Oliver"), filed a Motion to Stay Execution of the Judgment without Bond [Dkt. #127] (the "Motion");

WHEREAS, the Board's Opposition to the Motion is presently due on or before October 7, 2015;

WHEREAS, Oliver's Reply on the Motion is presently due on or before October 14, 2015;

WHEREAS, the Board and Oliver desire to have additional time before their responsive papers on the Motion are due in order to discuss the possibility of entering into a stipulation and proposed order to address the relief requested by Oliver in the Motion;

**IT IS THEREFORE STIPULATED AND AGREED**, by the Board and Oliver, by and through their respective counsel, that the Court is respectfully requested to order that:

1. The Board's Opposition to the Motion shall filed on or before October 16, 2015.

2. Oliver's Reply on the Motion shall be filed on or before October 29, 2015.

DATED: October 5, 2015

TRUCKER ✦ HUSS

By: /s/ Sean T. Strauss
Clarissa A. Kang
Sean T. Strauss
Attorneys for Plaintiff
BOARD OF TRUSTEES OF THE
KEN LUSBY CLERKS & LUMBER
HANDLERS PENSION FUND

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR FILING OF RESPONSIVE PAPERS ON DEFENDANT'S MOTION TO STAY EXECUTION OF JUDGMENT WITHOUT BOND, Case No. 3:13-cv-03898-HSG
153654.v1

1

DATED: October 5, 2015

LITTLER MENDELSON, P.C.

By:   /s/ Richard N. Hill
Richard N. Hill
Aleksandr Katsnelson
Attorneys for Defendant
WENDY M. OLIVER, an individual; and
WENDY M. OLIVER, as Trustee to the Oliver Family Trust

I attest that I have obtained the concurrence of Littler Mendelson PC in the filing of this document.

DATED: October 5, 2015

TRUCKER ✦ HUSS

By:   /s/ Sean T. Strauss
Clarissa A. Kang
Sean T. Strauss
Attorneys for Plaintiff
BOARD OF TRUSTEES OF THE
KEN LUSBY CLERKS & LUMBER
HANDLERS PENSION FUND
Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

**ORDER**

Pursuant to the foregoing stipulation and request, IT IS HEREBY ORDERED:

1. Plaintiff Board of Trustees of the Ken Lusby Clerks & Lumber Handlers Pension Trust Fund's Opposition to Oliver's Motion to Stay Execution of Judgment without Bond [Dkt. #127] shall be filed or before October 16, 2015.

2. Defendant Wendy M. Oliver's Reply on the Motion to Stay Execution of Judgment without Bond [Dkt. #127] shall be filed on or before October 29, 2015.

Dated: 10/5/2015

HON. HAYWOOD S. GILLIAM JR.
Judge, United States District Court
Northern District of California

# CERTIFICATE OF SERVICE

I, Michael V. Bresso, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within action.  I am employed in the City and County of San Francisco, California.  My business address is One Embarcadero Center, 12th Floor, San Francisco, California 94111.  On the date indicated below, I served:

  STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES
  FOR FILING OF RESPONSIVE PAPERS ON DEFENDANT'S MOTION
  TO STAY EXECUTION OF JUDGMENT WITHOUT BOND

to the addressee(s) and in the manner indicated below:

| | |
|---|---|
| Mr. William C. Myer | Shane J. Moses, Esq. |
| 11772 Moon Shadow Ct. | McNutt Law Group LLP |
| Truckee, CA  96161-2918 | 219 9th Street |
| bigbillmyer@gmail.com | San Francisco, CA  94103 |
| | smoses@ml-sf.com |

☑ **BY ELECTRONIC MAIL**:  On the above-mentioned date, I served a full and complete copy of the above-referenced document[s] by electronic mail to the person[s] at the email address[es] indicated.

☑ **BY MAIL  (TO MR. WILLIAM C. MYER ONLY)**:  I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date.  I am familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Certificate of Service was executed by me on October 5, 2015, at San Francisco, California.



/s/Michael V. Bresso
Michael V. Bresso

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR FILING OF RESPONSIVE PAPERS ON DEFENDANT'S MOTION TO STAY EXECUTION OF JUDGMENT WITHOUT BOND, Case No. 3:13-cv-03898-HSG
153654.v1

4