EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*
After recording, return to:
Sean T. Strauss (SBN 245811)
Trucker Huss, APC
1 Embarcadero Center, 12th Fl.
San Francisco, CA 94111

TEL NO.: 415-788-3111   FAX NO. *(optional):*
E-MAIL ADDRESS *(Optional):*

[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

US District Court, Northern District of California
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102-3489
BRANCH NAME:

PLAINTIFF: Board of Trustees of the Ken Lusby Clerks & Lumber Handlers Pens
DEFENDANT: Piedmont Lumber & Mill Co., William C. Myer, Jr., Wendy M. Oliver

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended

CASE NUMBER: 3:13-cv-03898-HSG

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      
      Wendy M. Oliver, an individual
      1406 Candelero Dr.
      Walnut Creek, CA 94598-1312
   
   b. Driver's license no. [last 4 digits] and state:   [X] Unknown
   c. Social security no. [last 4 digits]: 9149   [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Ken Lusby Clerks & Lumber Handlers Pension Fund, 2610 Crow Canyon Road, Suite 200, San Ramon, CA 94583

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: November 3, 2015
Sean T. Strauss
(TYPE OR PRINT NAME)   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $3,507,388.28
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* September 16, 2015
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL]

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*
11. A stay of enforcement has
    a. [ ] not been ordered by the court.
    b. [X] been ordered by the court effective until *(date):* appeal termination
12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

This abstract issued on *(date):* 11-3-15   SUSAN Y. SOONG, Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 (Rev. July 1, 2014)

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: Board of Trustees of the Ken Lusby Clerks & Lumber Handlers Pens<br>DEFENDANT: Piedmont Lumber & Mill Co., William C. Myer, Jr., Wendy M. Oliver | COURT CASE NO.:<br>3:13-cv-03898-HSG |
|---|---|

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address
Wendy M. Oliver, as trustee to the Oliver Family Trust
1406 Candelero Dr.
Walnut Creek, CA 94598-1312

Driver's license no. [last 4 digits] and state:  ☒ Unknown

Social security no. [last 4 digits]: 9149   ☐ Unknown

Summons was personally served at or mailed to *(address):*

17. Name and last known address

Driver's license no. [last 4 digits] and state:  ☐ Unknown

Social security no. [last 4 digits]:  ☐ Unknown

Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state:  ☐ Unknown

Social security no. [last 4 digits]:  ☐ Unknown

Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state:  ☐ Unknown

Social security no. [last 4 digits]:  ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.