1  RICHARD N. HILL, Bar No. 083629
   rhill@littler.com
2  ALEKSANDR KATSNELSON, Bar No. 299309
   akatsnelson@littler.com
3  LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
4  San Francisco, California 94108.2693
   Telephone:  415.433.1940
5  Facsimile:  415.399.8490

6  Attorneys for Defendant
   WENDY M. OLIVER, an individual; and WENDY
7  M. OLIVER, as Trustee to the Oliver Family Trust

8

9                       UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11 | BOARD OF TRUSTEES OF THE KEN       | Case No. 3:13-cv-03898-HSG
   | LUSBY CLERKS & LUMBER              |
12 | HANDLERS PENSION FUND,             | **STIPULATION TO AMEND ORDER TO
                                        | STAY EXECUTION OF JUDGMENT
13 |                          Plaintiff,| WITHOUT BOND**

14 |        v.                          |

15 | PIEDMONT LUMBER & MILL             |
   | COMPANY; WILLIAM C. MYER, JR., an  |
16 | individual; WENDY M. OLIVER, an    |
   | individual; WENDY M. OLIVER, as    |
17 | Trustee to the Oliver Family Trust; and |
   | DOES 1-20,                         |
18
   |                         Defendants.|
19

20                              **STIPULATION**

21       This Stipulation to Amend Order to Stay Execution of Judgment Without Bond ("Amended

22 Stipulation") is hereby entered by and between the Plaintiff the Board of Trustees of the Ken Lusby

23 Clerks & Lumber Handlers Pension Fund ("Pension Fund") and Defendant Wendy Oliver,

24 individually and as Trustee of the Oliver Family Trust ("Oliver"), through their respective counsel,

25 based on the following:

26       A.      On October 15, 2015, the Court entered a Stipulation and Order to Stay Execution of

27 Judgment Without Bond ("Order") in the above-referenced case.

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION TO AMEND ORDER TO STAY
EXECUTION OF JUDGMENT WITHOUT
BOND
154519.v1

1.

CASE NO.: 3:13-CV-03898-HSG

B.  The Order provided, among other things, that Oliver shall be "prohibited and enjoined from making any payments or withdrawals from, making any transfer with respect to, hypothecating, encumbering or granting any lien, security interest or other interest in any and all the following, the first of three which are referenced in Paragraph 3 of the Oliver Declaration: "(a) the retirement accounts and annuities totaling approximately $303,000. . ."  (See Paragraph 4 of the Order).

C.  It has come to Oliver's attention that under applicable law and in order to prevent tax penalties, she is required to receive certain annual distributions from three (3) IRA's that are subject to the injunction in Paragraph 4 of the Order. Those IRA's are located at Morgan Stanley, and the required distribution amounts for 2015 are as follows (hereafter referred to as "Subject IRAs"):

1. Account number xx4-xx857 in the amount of $2,431.03;

2. Account number xx4-xx781 in the amount of $3,354.13;

3. Account number xx4-xx9301 in the amount of $1,760.61.

Additional required distribution amounts will occur annually.

D.  The parties have agreed that Oliver be authorized to direct the distributions referenced in C, above, of the subject IRAs, and deposit all of the distributed funds into Oliver's non-retirement account no. xx4-xx845-901 located at Morgan Stanley, subject to the terms and conditions in Paragraph 4 of the Order.

## AMENDED ORDER

The Order is hereby amended to add the following paragraph 12 to the end of the Order:

12.  Oliver represents that under applicable law and in order to prevent tax penalties, she is required to receive certain annual distributions from three (3) IRA's that are subject to the injunction in Paragraph 4 of the Order. Those IRA's are located at Morgan Stanley, and the required distribution amounts for 2015 are as follows (hereafter referred to as "Subject IRAs"):

Account number xx4-xx857 in the amount of $2,431.03;

Account number xx4-xx781 in the amount of $3,354.13;

Account number xx4-xx9301 in the amount of $1,760.61.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION TO AMEND ORDER TO STAY EXECUTION OF JUDGMENT WITHOUT BOND
154519.v1

2.

CASE NO.: 3:13-CV-03898-HSG

1  Additional required distribution amounts will occur annually.

2  Oliver is authorized to direct the distributions referenced herein of the subject IRAs, and deposit all of the distributed funds into Oliver's non-retirement account no. xx4-xx845-901 located at Morgan Stanley, subject to the terms and conditions in Paragraph 4 of the Order.

IT IS SO STIPULATED.

DATED: November 12, 2015                TRUCKER ✦ HUSS

                                        By: /s/ Clarissa A. Kang
                                        Clarissa A. Kang
                                        Sean T. Strauss
                                        Attorneys for Plaintiff
                                        BOARD OF TRUSTEES OF THE KEN LUSBY
                                        CLERKS & LUMBER HANDLERS PENSION
                                        FUND

DATED: November 12, 2015                LITTLER MENDELSON, P.C.

                                        By: /s/ Richard N. Hill
                                        Richard N. Hill
                                        Aleksandr Katsnelson
                                        Attorneys for Defendant
                                        WENDY M. OLIVER

IT IS SO ORDERED.

DATED: November 17, 2015

                                        *[signature]*
                                        HAYWOOD S. GILLIAM, JR.
                                        UNITED STATES DISTRICT COURT JUDGE

Firmwide:136966128.1 078979.1001

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION TO AMEND ORDER TO STAY EXECUTION OF JUDGMENT WITHOUT BOND    3.    CASE NO.: 3:13-CV-03898-HSG
154519.v1