1  RICHARD N. HILL, Bar No. 083629
   rhill@littler.com
2  ALEKSANDR KATSNELSON, Bar No. 299309
   akatsnelson@littler.com
3  LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
4  San Francisco, California  94108.2693
   Telephone:   415.433.1940
5  Facsimile:    415.399.8490

6  Attorneys for Defendant
   WENDY M. OLIVER, an individual; and WENDY
7  M. OLIVER, as Trustee to the Oliver Family Trust

8
   Clarissa A. Kang, SBN 210660
9  ckang@truckerhuss.com

10
   TRUCKER ✦ HUSS
11 A Professional Corporation
   One Embarcadero Center, 12th Floor
12 San Francisco, California  94111
   Telephone:   415.788.3111
13 Facsimile:    415.421.2017

14 Attorneys for Plaintiff
   BOARD OF TRUSTEES OF THE
15 KEN LUSBY CLERKS & LUMBER
   HANDLERS PENSION FUND

16
                        UNITED STATES DISTRICT COURT
17
                       NORTHERN DISTRICT OF CALIFORNIA
18

19 | BOARD OF TRUSTEES OF THE KEN    | Case No.  3:13-cv-03898-HSG
   | LUSBY CLERKS & LUMBER           |
20 | HANDLERS PENSION FUND,          | **SECOND STIPULATION TO AMEND
                                     | ORDER OF STAY OF EXECUTION OF
21 |         Plaintiff,              | JUDGMENT WITHOUT BOND**

22 |     v.

23 | PIEDMONT LUMBER & MILL
   | COMPANY; WILLIAM C. MYER, JR., an
24 | individual; WENDY M. OLIVER, an
   | individual; WENDY M. OLIVER, as
25 | Trustee to the Oliver Family Trust; and
   | DOES 1-20,
26
27 |         Defendants.

28

Second Stipulation to Amend Order of Stay of Execution
of Judgment Without Bond

158472.v2

This Second Stipulation to Amend Order of Stay of Execution of Judgment Without Bond ("Second Amended Stipulation") is hereby entered into by and between the plaintiff the Board of Trustees of the Ken Lusby Clerks & Lumber Handers Pension Fund ("Pension Fund") and defendant Wendy Oliver, individually and as trustee of the Oliver Family Trust ("Oliver"), through their respective counsel, based on the following:

A. On October 16, 2015, the Court entered a stipulation and Order to Stay Execution of Judgment Without Bond [Dkt. #140] ("Order") in the above-referenced case.

B. On November 17, 2015, the Court entered a Stipulation to Amend Order to Stay Execution of Judgment Without Bond [Dkt. #150] ("Amended Order") in the above-referenced case. The Amended Order provided, among other things that certain Individual Retirement Account ("IRA") distributions be made from Oliver's three IRA accounts subject to the Order. Those IRA's are located at Morgan Stanley and the required distributions were made for 2015. Those distributions were made pursuant to the Amended Order.

C. The Pension Fund and Oliver have entered into a Settlement Agreement and Release which provides for the satisfaction of the judgment entered in this case against Oliver ("Settlement Agreement").

D. The Settlement Agreement provides, among other things, that Oliver sell real property and make certain payments from accounts located at Morgan Stanley and other banks to fund the payments under the Settlement Agreement.

E. Pursuant to the Settlement Agreement, the parties have agreed to this Second Amended Stipulation to allow the distributions to be made pursuant to the terms of the Settlement Agreement.

## SECOND AMENDED ORDER

The Order is hereby amended to add the following paragraph 13 to the end of the Order:

13. The Order is modified to allow the parties to effectuate the terms of the Settlement Agreement, a copy of which is attached hereto as Exhibit A, including Oliver (1) making payments from any accounts subject to the order including those accounts held at Morgan Stanley in the name of Oliver including account numbers 164-xxx845-901; 164-xxx918-901; 164-xxx814-

Second Stipulation to Amend Order of Stay of Execution
of Judgment Without Bond

158472.v2

901; 164-xxx151-901; 164-xxx572-901; and/or 164-xxx301-901 and/or any accounts held at Wells Fargo Bank including account number xxxxxx6368; and (2) Oliver is authorized to effectuate the sale of the real property located at 1972 Desert Circle, Walnut Creek, Contra Costa County, California ("Real Property") and distribute any net proceeds pursuant to the terms of the Settlement Agreement.

Dated: May 19, 2016

**Trucker Huss, a Professional Corporation**

/s/ Clarissa A. Kang
Clarissa A. Kang
Attorneys for Board of Trustees of the Ken Lusby Clerks & Lumber Handlers Pension Fund

Dated: May 19, 2016

**Littler Mendelson, P.C.**

/s/ Richard N. Hill
Richard N. Hill
Attorneys for Wendy M. Oliver, individually and as Trustee, Oliver Family Trust

**IT IS SO ORDERED.**

Dated: 5/20/2016

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE

-2-